UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN and KRISTIN HOLM, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and U.S. DEPARTMENT OF JUSTICE, <br><br> Defendants. | C23-5177 TSZ <br><br> MINUTE ORDER |

THIS MATTER comes before the Court on an action brought under the Freedom of Information Act ("FOIA"). Having reviewed the Complaint and the Answer in this matter, the Court concludes that this proceeding is exempt from the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1)(A) and the initial conference requirements of Federal Rule of Civil Procedure 26(f). *See* Fed. R. Civ. P. 26(a)(1)(B)(i).

To facilitate entry of an appropriate scheduling order in this matter, and pursuant to Federal Rule of Civil Procedure 16 and Local Civil Rule 16, counsel are directed to confer and to file a JOINT STATUS REPORT by **June 16, 2023**. The conference among counsel shall be by direct and personal communication, whether via face-to-face meeting

MINUTE ORDER - 1

or telephonic conference.  The Joint Status Report must contain the following information by corresponding paragraph numbers:

      1.     A concise statement of the positions of the parties concerning the relief requested in the Complaint.

      2.     A summary of the procedural posture of the case and/or the status of the FOIA requests at issue and any responses thereto.

      3.     A proposed deadline for filing any administrative record.

      4.     A proposed deadline for filing dispositive motions.

      5.     An indication whether trial will be required in this matter and, if so, an indication (i) when the matter will be ready for trial; (ii) whether such trial will be jury or non-jury; and (iii) how long such trial is anticipated to take.

      6.     An indication whether any party wishes a scheduling conference before a scheduling order is entered in this case.  If the parties are unable to agree on any part of the Joint Status Report, they may answer in separate paragraphs.  No separate reports are to be filed.

      The time for filing the Joint Status Report may be extended only by the Court.  Any request for extension should be made telephonically by calling chambers at 206-370-8830.  If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should contact chambers.  Finally, if this matter is resolved by further agency action or settled, the parties shall immediately notify the Court at 206-370-8830.

MINUTE ORDER - 2

1 | This Minute Order is issued at the outset of the case, and a copy is sent by the
2 | Clerk to counsel for plaintiff and any defendant who has appeared. Plaintiff's counsel is
3 | directed to serve copies of this Minute Order on all parties who appear after this Order is
4 | filed, within fourteen (14) days of receipt of service of each appearance. Plaintiff's
5 | counsel will be responsible for starting the communications needed to comply with this
6 | Minute Order.
7 | Failure by any party to fully comply with this Minute Order may result in the
8 | imposition of sanctions, including dismissal of the case.
9 | The Clerk is directed to send a copy of this Minute Order to all counsel of record.
10 | IT IS SO ORDERED.
11 | Dated this 13th day of April, 2023.

*[Signature]*

Thomas S. Zilly
United States District Judge

MINUTE ORDER - 3